IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WILLIAM ARENZ,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF NEW JERSEY,<br><br>        Defendant. | Civil Action<br>No. 16-6745 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff William Arenz seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    According to the application, Plaintiff had an average monthly income of $15,000 during the past 12 months, has $600 in cash, and intends to spend $500 per week on this litigation. Based on the submitted application, Plaintiff can afford to pay the $350 filing fee and $50 administrative fee. If Plaintiff believes the submitted application does not reflect his financial situation, he may submit a new IFP application.

    An appropriate order follows.

| | |
|---|---|
|  October 13, 2016  |  s/ Jerome B. Simandle  |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |